OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**



UNITED STATES POSTAGE
PITNEY BOWES
02 1R
0006557458
$ 00.26⁵
MAR 26 2015
MAILED FROM ZIP CODE 78701

3/25/2015

NORRIS, ANGEL RENEE   Tr. Ct. No. C-1-009909-1157231-B   WR-78,501-02
The Court has dismissed your application for writ of habeas corpus without written order; the sentence has been discharged. See *Ex parte Harrington*, 310 S.W.3d 452 (Tex. Crim. App. 2010).

Abel Acosta, Clerk

BRADLEY CHRISTOPHER STARK
FEDERAL CORRECTIONAL INSTITUTION #69122-053
1900 SIMLER AVENUE
BIG SPRING, TX 79720